**LORI L. DOBBINS**
**119TH DISTRICT COURT REPORTER**
**112 W. BEAUREGARD**
**SAN ANGELO, TX 76903**
**(325) 659-6456**


May 28, 2015

Mr. Jeffrey D. Kyle
Clerk, Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

RE: Trial Court Cause No. C-15-0098-SB
    Court of Appeals No. 03-15-00291-CR

    Antony James Morales
    v.
    The State of Texas

Dear Mr. Kyle,

I am requesting a 30-day extension on the above numbered and styled cause until July 29, 2015.   I have an accelerated appeal pending in a CPS termination case that began in 2011 and consists of 13 plus hearings.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Lori L. Dobbins
Certified Shorthand Reporter